

Mark Lerner, Esq.
Email: mlerner@ssbb.com
Direct Dial: (212) 404-8714

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

January 19, 2018

**Via ECF**

The Honorable Valerie E. Caproni
United States Courthouse
Southern District of New York
40 Foley Square - Courtroom 443
New York, NY 10007

   Re: *Daily News Charities Inc. v. USA Boxing, Metropolitan Association*,
      No. 17-cv-08733-VEC

Dear Judge Caproni:

  We write to seek a brief two day extension of time in which to file plaintiff Daily News Charities' reply brief in further support of its Motion for Preliminary Injunction. The brief is presently due Monday, January 22, 2018. Plaintiff is seeking a brief extension until January 24, 2018. The request is being made because the person on the client side with primary responsibility for handling this matter for the Plaintiff was out of the office last week on vacation and this week with the flu, and has only returned today. This is the first request for an extension. Plaintiff respectfully submits that there would be no need to adjourn the hearing date and Defendant will not be prejudiced by this brief extension.

  Plaintiff has sought consent but counsel for Defendant has not yet received a response from his client. Due to the approaching weekend, Plaintiff is submitting this request in advance of a formal response.

            Respectfully submitted,

            Mark Lerner

cc: Johnnie Woluewich (*via email*)

2883295_2