UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – x

DAILY NEWS CHARITIES, INC.,                          :

               Plaintiff,                    :      No: 17-cv-08733 (VEC)

          - against -                           :

USA BOXING, METROPOLITAN                             :
ASSOCIATION,
                           :

           Defendant.                        :

                           :

– – – – – – – – – – – – – – – – – – – – – – – – – – – x

**DECLARATION OF MARK LERNER IN SUPPORT OF
DAILY NEWS CHARITIES, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Mark Lerner, pursuant to 28 U.S.C. § 1746, hereby declare:

     1.      I am a partner in the firm of Satterlee Stephens LLP and counsel to plaintiff Daily News Charities, Inc. ("DNC" or "Plaintiff") in the above-referenced action.

     2.      I make this declaration in support of the Reply Memorandum of Law in Further Support of Plaintiff's Motion for a Preliminary Injunction.  The facts herein are true to my own knowledge.

     3.      Annexed hereto as Exhibit A is a true and correct copy of the transcript of the December 19, 2017 hearing held in this action.

     4.      Annexed hereto as Exhibit B is a true and correct copy of the transcript of the December 22, 2017 contempt hearing held in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
        January 23, 2018

_____
Mark Lerner