USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DAILY NEWS CHARITIES, INC., :
:
Plaintiff, :
: 17-CV-8733 (VEC)
-against- :
: ORDER
:
USA BOXING, METROPOLITAN :
ASSOCIATION, :
:
Defendant. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing in respect of Plaintiff's motion for a preliminary injunction is scheduled for 11:00 a.m. on January 26, 2018;

IT IS HEREBY ORDERED that the parties are informed that the Court intends to consider the declarations and affidavits submitted by the parties' witnesses as their direct testimony, and permit only cross-examination at the above-referenced hearing. If the parties object to proceeding in this manner, they must so inform the Court by **5:00 p.m. on January 24, 2018**.

**SO ORDERED.**

Date:  January 23, 2018                              _____Valerie Caproni_____
       New York, New York                            **VALERIE CAPRONI**
                                                     **United States District Judge**