USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DAILY NEWS CHARITIES, INC.,                :
                                            :
                          Plaintiff,       :
                                            :      17-CV-8733 (VEC)
         -against-                          :
                                            :
USA BOXING, METROPOLITAN                    :      ORDER
ASSOCIATION,                                :
                                            :
                          Defendant.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

On May 24, 2018, the parties reported to the Court that they have reached a settlement of all issues in this case (Dkt. 69).

Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **June 15, 2018,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.  To be clear, any request that the action not be dismissed **must** be filed **on or before June 15, 2018**; any request filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **June 8, 2018**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an

order expressly retaining jurisdiction to enforce their settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

All deadlines and court conferences previously scheduled in this matter are cancelled.

**SO ORDERED.**

Date:  May 25, 2018  
         New York, NY

_____  
**VALERIE CAPRONI**  
**United States District Judge**