

Mark Lerner, Esq.
Email: mlerner@ssbb.com
Direct Dial: (212) 404-8714

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

June 13, 2018

<u>*Via ECF and e-mail:*</u> **CaproniNYSDChambers@nysd.uscourts.gov**
The Honorable Valerie E. Caproni
United States Courthouse
Southern District of New York
40 Foley Square - Courtroom 443
New York, NY 10007

      Re:   *Daily News Charities, Inc. v. USA Boxing, Metropolitan Association*,
              No. 17-cv-08733-VEC

Dear Judge Caproni:

    We are counsel for Daily News Charities, Inc. ("DNC") in the above-captioned matter. Pursuant to the Court's May 25, 2018 and June 8, 2018 Orders (Dkt. 71, 74) and Rule 5.A of Your Honor's Individual Practices in Civil Cases, we enclose herewith jointly on behalf of both parties a copy of the parties' settlement agreement ("the Settlement Agreement") and a Proposed Order dismissing the action and providing for the Court's express retention of jurisdiction to enforce the Settlement Agreement in the event of the circumstances outlined in Section 14 therein. In sum, Section 14 provides that in the event of a claim that Metro has failed to cease use of, or DNC has abandoned, the GOLDEN GLOVES mark, the parties will attempt to arbitrate the dispute through Judicial Arbitration and Mediation Services, Inc. ("JAMS"). If, however, the parties fail to timely contest the respective abandonment or failure to cease use, or if the JAMS arbitration cannot be brought to fruition for the reasons described in Section 14(e), the parties shall proceed to submit the dispute to a U.S. District Court magistrate judge.

                                        Respectfully submitted,

                                        Mark Lerner
                                        Satterlee Stephens LLP
                                        230 Park Avenue, 11th Floor
                                        Tel: (212) 818-9200
                                        Fax: (212) 818-9606
                                        mlerner@ssbb.com

2983737_3

*Attorneys for Plaintiff Daily News Charities, Inc.*

Cc: Orders Clerk (*via* ordersandjudgments@nysd.uscourts.gov.)
    Mr. Johnnie Woluewich (*via* ECF)

2983737_3